UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIL LANG,

    Petitioner,

v.                                                      CASE NO. 6:05-cv-836-Orl-19JGG
                                                               (6:04-cr-037-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following matters:

1.    Petitioner's Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence (Doc. No. 1) is **DENIED as moot** due to the fact that Petitioner filed an Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence (Doc. No. 10).

2.    The Government has filed a response (Doc. No. 15) to Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion. Petitioner is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. See Griffith v. Wainwright, 772 F.2d 822 (11th Cir. 1985).

Accordingly, Petitioner shall have **FORTY (40) DAYS** from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion

and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

   **DONE AND ORDERED** at Orlando, Florida, this __7th___ day of February, 2006.

                     PATRICIA C. FAWSETT, CHIEF JUDGE
                     UNITED STATES DISTRICT COURT

Copies to:
sa 2/7
Jamil Lang
Counsel of Record