UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIL LANG,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　CASE NO. 6:05-cv-836-Orl-19JGG
　　　　　　　　　　　　　　　　　　　　　　(6:04-cr-037-Orl-19JGG)
UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motion:

**MOTION**:　Petitioner's Motion for Reconsideration of the Court's Order of October 13, 2006 (Doc. No. 23, filed November 13, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida this 15th day of November, 2006.

_Patricia C. Fawsett_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 11/15
Jamil Lang
Counsel of Record