UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIL LANG,

    Petitioner,

v.                                               CASE NO. 6:05-cv-836-Orl-19JGG
                                                       (6:04-cr-037-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

_____

**<u>ORDER</u>**

    This case is before the Court on the following motions:

    1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 28) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

    2.    Petitioner's Notice of Appeal (Doc. No. 29) is construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right; therefore, the request for a certificate of appealability is **DENIED**.

3.   Petitioner's Request for a Certificate of Appealability (Doc. No. 26) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this __3rd__ day of January, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/3
Counsel of Record
Jamil Lang