UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIL LANG,

    Petitioner,

v.                                                    CASE NO. 6:05-cv-836-Orl-19JGG
                                                            (6:04-cr-037-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

_____

## **ORDER**

Petitioner's Motion for Reconsideration (Doc. No. 30, filed December 29, 2006) is **DENIED**. Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida, this   4th   day of January, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/4
Counsel of Record
Jamil Lang