UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIL LANG,

     Petitioner,

v.                                                                    CASE NO. 6:05-cv-836-Orl-19JGG
                                                                           (6:04-cr-037-Orl-19JGG)

UNITED STATES OF AMERICA,

     Respondent.

_____

### ORDER

     Petitioner's Request for a Certificate of Appealability (Doc. No. 34, filed January 22, 2007) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

     **DONE AND ORDERED** at Orlando, Florida, this __24th__ day of January, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/24
Counsel of Record
Jamil Lang