UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIL LANG,

    Petitioner,

v.                                            CASE NO. 6:05-cv-836-Orl-19
                                                     (6:04-cr-037-Orl-19)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

Petitioner's Application for a Certificate of Appealability[1] (Doc. No. 45, filed January 14, 2008) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 8th day of May, 2008.

*(signature)*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner's Notice of Appeal (Doc. No. 42, filed January 14, 2008) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
sa 5/8
Counsel of Record
Jamil Lang